IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | : | |
| SECRETARY OF LABOR, UNITED STATES | : | |
| DEPARTMENT OF LABOR | : | |
|    *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO.: 19-0168 |
| | : | |
| BUB, INC., d/b/a PRIMO HOAGIES and | : | |
| BENEDICT VALENO | : | |
|    *Defendants*. | : | |

**ORDER**

**AND NOW**, this 17th day of January, 2019, upon consideration of the Complaint (ECF No. 1) and Motion to Approve Consent Judgment (ECF No. 2), it is hereby **ORDERED** as follows:

1. The Consent Judgment, attached as Exhibit A to the instant motion (ECF No. 2-1) (the "Consent Judgment"), is incorporated herein by reference.

2. Plaintiff and Defendants are entitled to and shall comply with all rights and obligations, respectively, as set forth in the Consent Judgment.

3. **JUDGMENT** is hereby **ENTERED** as to Defendants, their officers, agents, servants, and all persons acting or claiming to act on their behalf and interest. Said entities and individuals are hereby permanently enjoined and restrained from violating Sections 6, 7, 11(c), and 15 of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, *et seq*., as set forth in ¶¶ 1 – 4 of the Consent Judgment.

4. **JUDGMENT** is hereby **ENTERED** as to Defendants, who are jointly and severally liable, for the sum total amount of $23,834.89 in liquidated damages as set forth in ¶ 5 of the Consent Judgment.

5. **JUDGMENT** is hereby **ENTERED** as to Defendants, who are jointly and severally liable, for a civil money penalty in the amount of $8,618.40 pursuant to Section 16(e) of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, *et seq.*, payable as set forth in ¶ 6 of the Consent Judgment within thirty (30) days of the filing of this Order.

6. **JUDGMENT** is hereby **ENTERED** as to Defendants, who are jointly and severally liable, for the sum total amount of $47,669.78 in back wages and liquidated damages, payable as set forth in ¶ 7 of the Consent Judgment within thirty (30) days of the filing of this Order.

The Clerk of Court is directed to **CLOSE** this case for statistical and all other purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II   J.